**ONE BEACON INSURANCE CO., Plaintiff–Appellant,**

v.

**OLD WILLIAMSBURG CANDLE CORPORATION, originally formed as New Williamsburg Candle Corporation, a Delaware Corporation, and A & L Asset Management, Ltd., Defendants–Appellees.**

**No. 05–6959–cv.**

United States Court of Appeals, Second Circuit.

June 23, 2006.

Geoffrey J. Ginos, Nicoletti Hornig Campise & Sweeney, New York, NY, for Appellant.

Dennis D'Antonio (Lisa N. Wall, Joshua Mallin, on the brief), Weg and Myers, P.C., New York, NY, for Appellees.

PRESENT: JOSÉ A. CABRANES, CHESTER J. STRAUB, PETER W. HALL, Circuit Judges.

## SUMMARY ORDER

Plaintiff One Beacon Insurance Company appeals a November 28, 2005 judgment of the District Court, finding that defendants were covered under an ocean marine open cargo insurance policy and dismissing plaintiff's complaint for declaratory relief. Plaintiff originally brought the instant action in District Court alleging that the policy did not provide coverage in light of its anti-assignment clause.

Upon a review of the record, and substantially for the reasons set forth in Judge Kaplan's careful and comprehensive decision from the bench, *see* Transcript of Trial, *One Beacon Ins. Co. v. A & L Asset Mgmt. Ltd.*, 03 Civ. 6901, at 498–501 (S.D.N.Y. November 10, 2005), we **AFFIRM** the judgment of the District Court.